IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GALE ANTHONY BRONCHO BILLII,<br><br>Plaintiff,<br><br>vs.<br><br><br><br><br>Defendant. | 8:22CV188<br><br>**SHOW CAUSE ORDER** |

On May 27, 2022, the Court ordered Plaintiff to file an amended complaint specifically identifying the defendants in this case by June 10, 2022. Plaintiff was also directed to pay the filing fee or an application to proceed in forma pauperis by that time. (Filing No. 5.) To date, Plaintiff has not done so.

Accordingly,

**IT IS ORDERED** that by **July 6, 2022**, Plaintiff shall show cause why he did not comply with the Court's order of May 27, 2022. Plaintiff is advised that failure to do so may result in a recommendation that sanctions be imposed, which may include dismissal of this action.

Dated this 15th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge