IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GALE ANTHONY BRONCHO BILLII, | |
| Plaintiff, | **8:22CV188** |
| vs. | |
| | **ORDER** |
| Defendant. | |

      On May 27, 2022, the Court ordered Plaintiff to file an amended complaint specifically identifying the defendant in this case by June 10, 2022. Plaintiff was also directed to pay the filing fee or an application to proceed in forma pauperis by that time. (Filing No. 5.) Plaintiff did not do so.

      On June 15, 2022, the Court entered a show cause order directing Plaintiff to show cause by July 6, 2022, why he did not comply with the Court's order of May 27, 2022. (Filing No. 6.) Plaintiff was advised that failure to do so could result in a recommendation that this action be dismissed.

      On June 23, 2022, Plaintiff filed a response to the show cause order which simply states "the commissioner of the Social Security Administration is the defendant in the above case." (Filing No. 7.) Plaintiff also submitted a document that says "[a] motion for leave to proceed in forma pauperis." (Filing No. 8.) Neither of these documents are sufficient to comply with the May 27 or June 15 orders.

      First, Plaintiff has not explained why he failed to comply with the May 27 order. Second, Plaintiff has not filed an amended complaint naming the defendant as previously directed. Third,

the document Plaintiff refers to as a "motion for leave to proceed in forma pauperis" does not contain sufficient information for the Court to allow Plaintiff to proceed without payment of costs and fees.

The Court will grant Plaintiff one final chance to correct these deficiencies. Plaintiff can find the form to be used for applications to proceed in forma pauperis (Form AO 240) on the Court's website. If Plaintiff is unable to find the form on the website, he may contact the Court to obtain a copy.

By **July 15, 2022**, Plaintiff must (1) file an amended complaint identifying the defendant; (2) complete and file the form identified above requesting permission to proceed in forma pauperis; and (3) provide an explanation why he did not comply with the Court's May 27 order. In the event Plaintiff does not complete these actions by **July 15, 2022**, the undersigned will recommend that sanctions be imposed, which may include dismissal of this action.

**IT IS SO ORDERED**

Dated this 24th day of June, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge